UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAYED MOKARAM, | No. 2:24-cv-3009 DC AC (PS) |
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| SAYED AYUB, | |
| Defendant. | |

On November 11, 2024, plaintiff filed this action in pro se and paid the filing fee. ECF No. 1. The case was accordingly referred to the undersigned pursuant to Local Rule 302(c)(21). The undersigned reviewed the complaint and, believing that this court lacks subject matter jurisdiction to hear plaintiff's case, issued an Order to Show Cause directed to plaintiff requiring that he respond and demonstrate that federal jurisdiction exists. ECF No. 4. Plaintiff did not file a response. Plaintiff has failed to demonstrate any basis for this court's jurisdiction, and the undersigned finds none.

Accordingly, it is RECOMMENDED that this case be DISMISSED without prejudice for lack of subject matter jurisdiction for the reasons set forth at ECF No. 4, and that this case be closed.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1). Within twenty-one days

1

after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Id.; see also Local Rule 304(b). Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may waive the right to appeal the District Court's order. Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998); Martinez v. Ylst, 951 F.2d 1153, 1156-57 (9th Cir. 1991).

DATED: November 26, 2024

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2